OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/14

July 31, 2014

**By ECF**
The Honorable Lorna G. Schofield
United States District Court
For the Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Behzadi v. International Creative Management Partners, LLC*
       No. 14 Civ. 4382 (LGS)

Dear Judge Schofield,

  We represent the Plaintiff in the above-referenced matter. We write with Defendant's consent to request an extension of Plaintiff's deadline to file her opposition to Defendant's Motion to Dismiss the Complaint and to Compel Arbitration until August 22, 2014. Defendant also requests an extension of its deadline to file its reply brief until September 8, 2014.

  The parties request these extensions in order to accommodate other prior deadlines, work-related absences from the office, and vacation plans. This is the first request for an extension.

  We thank the Court for its consideration of the parties' request.

            Respectfully submitted,

            /s/ Rachel Bien

            Rachel Bien

cc: Elise M. Bloom, Esq. (By ECF)
   Steven D. Hurd, Esq. (By ECF)
   Michelle A. Annese, Esq. (By ECF)
   Sally J. Abrahamson, Esq.

APPLICATION GRANTED IN PART.
All briefing deadlines are adjourned pending the conference on August 5, 2014.
Dated: July 31, 2014
    New York, New York

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com