IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY BEHZADI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>INTERNATIONAL CREATIVE MANAGEMENT PARTNERS, LLC,<br><br>Defendant. | CONSENT TO JOIN<br><br>No. 14 Civ. 4382 (LGS) |

    1.    I consent to be a party plaintiff in a lawsuit against International Creative Management Partners, LLC, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

    2.    By signing and returning this consent form, I designate Outten & Golden LLP ("O&G") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that O&G will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

    3.    I also consent to join any separate or subsequent action to assert my claim against International Creative Management Partners, LLC and/or related entities and individuals potentially liable.

_[signature]_
Signature

Jason Louis Rindenau
Full Legal Name (print)

**REDACTED**
Street Address

**REDACTED**
City, State and Zip Code

**REDACTED**
Phone Number

**REDACTED**
Email Address