# EXHIBIT B

# Intern Program

## INTERNATIONAL CREATIVE MANAGEMENT
## LOS ANGELES, CA 90067
## 310-550-4000

International Creative Management, Inc.®, a major talent and literary agency, is seeking exceptional individuals for our Internship program. If you are currently a student and are interested in working in the entertainment industry, this may be the perfect opportunity for you. We would like you to bring an ambitious, focused manner and a willingness to learn and we will provide you with valuable experience in a fast-paced environment. Students eager to learn about the agency side of the film business are encouraged to apply. Entertainment experience is preferred.

If interested please send resumes to <u>careersla@icmtalent.com</u> or contact Rod Gardner (310) 550-4475.

### Requirements for an ICM Internship

Intern Candidates must be enrolled in a college or university and receive college credit for their internship. To qualify, you must be enrolled and able to both get school credit and intern a minimum of 8 weeks; at least 25 hours per week. Must be able to commit to a minimum 8 week period  A current resume, cover letter and a letter from your school stating that you can earn credit for the internship must be presented to our Intern Coordinator prior to beginning your internship. If any item is missing from that list, you will not be allowed to begin your internship here. All internships at ICM are unpaid.

### What to Expect as an ICM Intern

All internships at ICM vary greatly, depending on which department you intern in and/or what Agent you work for. Interns are first and foremost expected to assist the Agent's Assistant. That is the primary focus of the internship. These duties can range from simple clerical tasks (photocopying, filing, typing, etc.) to helping to roll calls with the Agent or assisting with special projects. What your average day entails is determined by your abilities, the Assistant's needs and the Agent's needs. The more enthusiastic and skilled you are, the more responsibility you are likely to have.