Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 11, 2014

*By ECF*

Steven D. Hurd
Member of the Firm
d 212.969.3985
f 212.969.2900
shurd@proskauer.com
www.proskauer.com

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Kimberly Behzadi, et al. v. International Creative Management Partners, LLC*
              Civil Action No. 14-cv-4382 (LGS)

Dear Judge Schofield:

We write jointly on behalf of Defendant International Creative Management Partners LLC ("ICM") and Plaintiffs Kimberly Behzadi and Jason Rindenau (jointly, "Plaintiffs") and in accordance with Paragraph 13.a of the Civil Case Management Plan and Scheduling Order (Dkt. 47) to update Your Honor regarding the progress of discovery in this matter.

To date, the parties have complied with the Civil Case Management Plan and Scheduling Order (Dkt. 47) and exchanged initial disclosures, as well as interrogatories and document requests.

Additionally, as previously advised, private mediation is scheduled for December 15, 2014.

Respectfully submitted,


*/s/ Steven D. Hurd*

Steven D. Hurd


cc:    Elise M. Bloom, Esq. (by ECF)
       Michelle A. Annese, Esq. (by ECF)
       Rachel M. Bien, Esq. (by ECF)
       Sally Abrahamson, Esq. (by ECF)

1811/39736-002 current/45828765v1

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC