

December 23, 2014

**By ECF**
The Honorable Lorna G. Schofield
United States District Court
For the Southern District of New York
40 Foley Square
New York, NY 10007

       Re:    *Behzadi v. International Creative Management Partners, LLC*
               No. 14 Civ. 4382 (LGS)

Dear Judge Schofield,

      We represent the Plaintiffs in the above-referenced matter. We write jointly with Defendant to inform the Court that the parties have agreed to the key terms of a settlement that they intend to submit to the Court for its approval after they draft and sign a comprehensive settlement agreement. The parties respectfully request the Court stay all current deadlines pending their submission of a motion for preliminary settlement approval.

      We thank the Court for its consideration of our request.

                                  Respectfully submitted,

                                  Rachel Bien

cc:    Elise M. Bloom, Esq. (By ECF)
       Steven D. Hurd, Esq. (By ECF)
       Michelle A. Annese, Esq. (By ECF)
       Sally J. Abrahamson, Esq.

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com