**OUTTEN & GOLDEN LLP**
Rachel Bien
Sally J. Abrahamson
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY BEHZADI and JASON RINDENAU, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>INTERNATIONAL CREATIVE MANAGEMENT PARTNERS, LLC,<br><br>                Defendant. | No. 14-cv-4382 (LGS) |

**NOTICE OF MOTION OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT
OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF
<u>PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notices of Settlement ("Motion for Preliminary Approval") and in the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Preliminary Approval ("Bien Decl."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     granting preliminary approval of the Settlement Stipulation, attached as **Exhibit A** to the Bien Decl.;

(2) conditionally certifying the New York Rule 23 Settlement Class and a California Rule 23 Settlement Class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement;

(3) appointing Outten & Golden LLP as Class Counsel;

(4) approving the Proposed Notice of Class and Collective Action Settlement, attached as **Exhibit B** to the Bien Decl., and directing its distribution; and

(5) granting such other, further, or different relief as the Court deems just and proper.

\*       \*       \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: January 30, 2015
       New York, New York

>Respectfully submitted,
>**OUTTEN & GOLDEN LLP**
>By:
>
>/s/ Rachel Bien
>Rachel Bien
>
>**OUTTEN & GOLDEN LLP**
>Rachel Bien
>Sally J. Abrahamson
>3 Park Avenue, 29th Floor
>New York, New York 10016
>Telephone:  (212) 245-1000
>Facsimile:  (646) 509-2060
>
>**Attorneys for Plaintiffs**